**Order entered June 2, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00827-CR

### JOSE MERLAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1460351-P**

## ORDER

The Court **REINSTATES** the appeal.

On April 25, 2016, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On May 31, 2016, appellant filed a motion to extend the time for filing along with his brief. Therefore, findings are no longer necessary and we **VACATE** the April 25, 2016 order. We **GRANT** appellant's May 31, 2016 motion and **ORDER** the brief timely filed as of the date of this order.

.

        /s/     ADA BROWN
                JUSTICE